**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Stone's Cove Kitbar of Bel Air, LLC |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 47-1959401 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 10207 East Hunter Valley Road<br>Vienna, VA 22181<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Fairfax<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  Stone's Cove Kitbar of Bel Air, LLC
          Name                                                    Case number (if known) _____

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   Stone's Cove Kitbar of Bel Air, LLC
_____   _____
Name                                                       Case number (if known)

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**        ☑ No
**have possession of any**        ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**          **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

■    **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☑ 1-49                    ☐ 1,000-5,000               ☐ 25,001-50,000
**creditors**           ☐ 50-99                   ☐ 5001-10,000               ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000             ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**   ☑ $0 - $50,000                 ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000                 ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  6, 2017
              MM / DD / YYYY

**X** /s/ Benjamin J. Stone, III                        Benjamin J. Stone, III
Signature of authorized representative of debtor          Printed name

Title    Member

**18. Signature of attorney**

**X** /s/ Gregory H. Counts VSB#                Date    January  6, 2017
Signature of attorney for debtor                        MM / DD / YYYY

Gregory H. Counts VSB#
Printed name

Tyler, Bartl, Ramsdell & Counts, PLC
Firm name

300 N. Washington St.
Suite 202
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone    (703) 549-5000        Email address

46771
Bar number and State

**Fill in this information to identify the case:**

Debtor name _____ Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the: _____ EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ January  6, 2017 _____    **X** /s/ Benjamin J. Stone, III
_____
Signature of individual signing on behalf of debtor

Benjamin J. Stone, III
_____
Printed name

Member
_____
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    Stone's Cove Kitbar of Bel Air, LLC |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................     $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................     $ _____ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................     $ _____ 0.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $ _____ 0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................     $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$ _____ 306,488.85

4.  **Total liabilities** ..................................................................................................
Lines 2 + 3a + 3b

    $ _____ 306,488.85

**Fill in this information to identify the case:**

Debtor name ___Stone's Cove Kitbar of Bel Air, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  SunTrust | Checking | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number *(If known)* | |
|--------|-------------------------------------|--------------------------|--|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name     Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
           **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $337.45 |
|---|---|---|---|
|  | ADP | ☐ Contingent | |
|  | 1851 N Resler Dr. | ☐ Unliquidated | |
|  | MS-100 | ☐ Disputed | |
|  | El Paso, TX 79912 | | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
|  | ALSCO | ☐ Contingent | |
|  | 4900 Philadelphia Way | ☐ Unliquidated | |
|  | Lanham, MD 20706 | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,800.00 |
|---|---|---|---|
|  | Arely Cleaning Service | ☐ Contingent | |
|  | PO Box 4536 | ☐ Unliquidated | |
|  | Silver Spring, MD 20914 | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
|  | Aronson LLC | ☐ Contingent | |
|  | 805 King Farm Blvd | ☐ Unliquidated | |
|  | Suite 300 | ☐ Disputed | |
|  | Rockville, MD 20850 | | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,493.11**

Ashland Equipment
1324 Brass Mill Road
Belcamp, MD 21017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,315.56**

BGE
PO Box 13070
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Bond Distributing
1220 Bernard Dr
Baltimore, MD 21223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Bookworms, LLC
709 Valleybrook Dr
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,342.57**

Bowie Gridley Architects
1010 Wisconsin Ave NW
Suite 400
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Coastal Sunbelt Produce
PO Box 62860
Baltimore, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$237.77**

Comcast
1701 JFK Blvd
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

Data Business Systems
3040 Williams Dr
Suite 630
Fairfax, VA 22031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$278.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

East Coast Food Equipment
570 Industrial Dr
Lewisberry, PA 17339

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.14**

**Nonpriority creditor's name and mailing address**

Easter's Lock & Security
1713 E Joppa Rd.
Parkville, MD 21234

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$652.24

---

**3.15**

**Nonpriority creditor's name and mailing address**

Fast Signs
1 Easter Ct
Suite F
Owings Mills, MD 21117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$114.38

---

**3.16**

**Nonpriority creditor's name and mailing address**

Gable Signs & Graphics
7449 Fort Smallwood Rd
Curtis Bay, MD 21226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,505.93

---

**3.17**

**Nonpriority creditor's name and mailing address**

Harford Refrigeration

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

**3.18**

**Nonpriority creditor's name and mailing address**

Jacqueline Danker
700 Argyll Road
Fayetteville, NC 28303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$184,475.64

---

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | |
|--------|-------------------------------------|------------------------|--|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,264.82 |
|------|---|---|---|
| | Kitbar Enterprises | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $517.63 |
|------|---|---|---|
| | Kristen Navarre | ☐ Contingent | |
| | 709 Valleybrook Dr | ☐ Unliquidated | |
| | Memphis, TN 38120 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5.50 |
|------|---|---|---|
| | Northeast Beverage | ☐ Contingent | |
| | One Coors Dr | ☐ Unliquidated | |
| | North East, MD 21901 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,030.00 |
|------|---|---|---|
| | Rebecca L. Landon, Esq. | ☐ Contingent | |
| | 16036 Bonniebank Terrace | ☐ Unliquidated | |
| | Germantown, MD 20874 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,869.14 |
|------|---|---|---|
| | RJD Solutions, LLC | ☐ Contingent | |
| | PO Box 711223 | ☐ Unliquidated | |
| | Herndon, VA 20171 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,320.00 |
|------|---|---|---|
| | Rosalio Lopez | ☐ Contingent | |
| | 5512 Landover Road | ☐ Unliquidated | |
| | Hyattsville, MD 20782 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Sentman Distributors | ☐ Contingent | |
| | 400 Maloney ROad | ☐ Unliquidated | |
| | Elkton, MD 21921 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Singer Equipment Co.
150 S Twin Valley Road
Elverson, PA 19520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,847.33 |
|---|---|---|---|

Snee, Mahoney, Lutche & Helmin
112 S Main St
Bel Air, MD 21014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,461.78 |
|---|---|---|---|

Sysco
PO Box 1099
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

The Country Vintner
PO Box 1540
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 306,488.85 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 306,488.85 |

**Fill in this information to identify the case:**

Debtor name   Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease. Abandoned by Debtor. |
|      State the term remaining | |
|      List the contract number of any government contract | McGill Development LP No. 3 |

**Fill in this information to identify the case:**

Debtor name    Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other | $0.00 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $1,038,008.46 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Stone's Cove Kitbar of Bel Air, LLC                                    Case number (if known) _____

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | JB Hayes Mechanical Contractors | 10/13/16;<br>11/14/16;<br>12/14/16 | $13,773.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Merrill Lynch | 11/1/16;<br>11/10/16;<br>12/1/16 | $12,599.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Sysco | 10/10/16;<br>11/10/16;<br>12/8/16 | $52,421.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | JPS Law, PLLC | 1/6/2017 | $14,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number *(if known)* | |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Good News Electric, Inc. v. Stone's Cove Kitbar of Bel Air, LLC<br>12-C-16-1385 | Mechanic's Lien | Harford County Maryland | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Avid Services, LLC c. C C I Builders & Developers Inc., et al.<br>12C16001828 | Mechanic's Lien | Harford County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Carter Contracting Inc. vs. Stone's Cove Kitbar of Bel Air, LLC<br>12C16002564 | Mechanic's Lien | Harforf County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Ferguson Enterprises Inc. v McGill Dev, et al.<br>12C16002285 | | Harford County | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | K A R Inc v. Stones Cove Kitbar of Belair, LLC, et al.<br>12C16002597 | Mechanics Lien | Harford County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | | Case number (if known) | |
|---|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Tyler, Bartl, Ramsdell & Counts, PLC 300 N. Washington St. Suite 202 Alexandria, VA 22314 | Attorney Fees | | $5,000.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 . Minutemen Capital, LLC c/o William Bessette 25670 South Village Drive Chantilly, VA 20152 | All Assets | 1/5/2017 | $25,000.00 |
| **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number *(if known)* | |

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    Stone's Cove Kitbar of Bel Air, LLC _____  Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

---

Debtor    Stone's Cove Kitbar of Bel Air, LLC

Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Bookworms, LLC<br>Kristen Navarre<br>709 Valleybrook Dr.<br>Memphis, TN 38120 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    Stone's Cove Kitbar of Bel Air, LLC

Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  6, 2017

/s/ Benjamin J. Stone, III                          Benjamin J. Stone, III
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Virginia

In re    Stone's Cove Kitbar of Bel Air, LLC _____

Case No. _____

Debtor(s)    Chapter    7

# <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR</u>

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.  $ 335.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        □ Other *(specify)*

4.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other *(specify)*

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    Debtor agrees to compensate counsel at his normal and customary hourly rate for any depositions and/or contested matters, including but not limited to relief from stay, adversary proceedings, discharge and dischargeability complaints, or lien avoidance actions.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| January  6, 2017 | /s/ Gregory H. Counts VSB# |
| *Date* | Gregory H. Counts VSB# 46771 |
| | *Signature of Attorney* |

Tyler, Bartl, Ramsdell & Counts, PLC
*Name of Law Firm*
300 N. Washington St.
Suite 202
Alexandria, VA 22314
(703) 549-5000  Fax: (703) 549-5011

---

*For use in Chapter 13 Cases where Fees Requested Not in Excess of $5,100*
*(For all Cases Filed on or after 01/01/2016)*

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| | |
| *Date* | *Signature of Attorney* |

---

[2030edva ver. 12/15]

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

ADP
1851 N Resler Dr.
MS-100
El Paso, TX 79912


ALSCO
4900 Philadelphia Way
Lanham, MD 20706


Arely Cleaning Service
PO Box 4536
Silver Spring, MD 20914


Aronson LLC
805 King Farm Blvd
Suite 300
Rockville, MD 20850


Ashland Equipment
1324 Brass Mill Road
Belcamp, MD 21017


BGE
PO Box 13070
Philadelphia, PA 19101


Bond Distributing
1220 Bernard Dr
Baltimore, MD 21223


Bookworms, LLC
709 Valleybrook Dr
Memphis, TN 38120


Bowie Gridley Architects
1010 Wisconsin Ave NW
Suite 400
Washington, DC 20007


Coastal Sunbelt Produce
PO Box 62860
Baltimore, MD 21264

```
Comcast
1701 JFK Blvd
Philadelphia, PA 19103


Data Business Systems
3040 Williams Dr
Suite 630
Fairfax, VA 22031


East Coast Food Equipment
570 Industrial Dr
Lewisberry, PA 17339


Easter's Lock & Security
1713 E Joppa Rd.
Parkville, MD 21234


Fast Signs
1 Easter Ct
Suite F
Owings Mills, MD 21117


Gable Signs & Graphics
7449 Fort Smallwood Rd
Curtis Bay, MD 21226


Harford Refrigeration


Jacqueline Danker
700 Argyll Road
Fayetteville, NC 28303


Kristen Navarre
709 Valleybrook Dr
Memphis, TN 38120


Northeast Beverage
One Coors Dr
North East, MD 21901


Rebecca L. Landon, Esq.
16036 Bonniebank Terrace
Germantown, MD 20874
```

RJD Solutions, LLC
PO Box 711223
Herndon, VA 20171


Rosalio Lopez
5512 Landover Road
Hyattsville, MD 20782


Sentman Distributors
400 Maloney ROad
Elkton, MD 21921


Singer Equipment Co.
150 S Twin Valley Road
Elverson, PA 19520


Snee, Mahoney, Lutche & Helmin
112 S Main St
Bel Air, MD 21014


Sysco
PO Box 1099
Jessup, MD 20794


The Country Vintner
PO Box 1540
Ashland, VA 23005

# United States Bankruptcy Court
## Eastern District of Virginia

In re   Stone's Cove Kitbar of Bel Air, LLC

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Stone's Cove Kitbar of Bel Air, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Trilogy, LLC

☐ None [*Check if applicable*]

January  6, 2017

Date

/s/ Gregory H. Counts VSB#

Gregory H. Counts VSB# 46771

Signature of Attorney or Litigant

Counsel for   Stone's Cove Kitbar of Bel Air, LLC

Tyler, Bartl, Ramsdell & Counts, PLC

300 N. Washington St.
Suite 202
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011