**Fill in this information to identify the case:**

Debtor name: Stone's Cove Kitbar of Bel Air, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): 17-10066

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>ADP<br>1851 N Resler Dr.<br>MS-100<br>El Paso, TX 79912<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $337.45 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Allied Eco-Grip<br>c/o Ken Neeley<br>3013 Bank St.<br>Charlotte, NC 28203<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ALSCO<br>4900 Philadelphia Way<br>Lanham, MD 20706<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Arely Cleaning Service<br>PO Box 4536<br>Silver Spring, MD 20914<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,800.00 |

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | 17-10066 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Aronson LLC<br>805 King Farm Blvd<br>Suite 300<br>Rockville, MD 20850<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Ashland Equipment<br>1324 Brass Mill Road<br>Belcamp, MD 21017<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $16,493.11 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>BGE<br>PO Box 13070<br>Philadelphia, PA 19101<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,315.56 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Bond Distributing<br>1220 Bernard Dr<br>Baltimore, MD 21223<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Bookworms, LLC<br>709 Valleybrook Dr<br>Memphis, TN 38120<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Bowie Gridley Architects<br>1010 Wisconsin Ave NW<br>Suite 400<br>Washington, DC 20007<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,342.57 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Coastal Sunbelt Produce<br>PO Box 62860<br>Baltimore, MD 21264<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | 17-10066 |
|---|---|---|---|
| | Name | | |

---

**3.12** **Nonpriority creditor's name and mailing address**
Comcast
1701 JFK Blvd
Philadelphia, PA 19103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$237.77

---

**3.13** **Nonpriority creditor's name and mailing address**
Data Business Systems
3040 Williams Dr
Suite 630
Fairfax, VA 22031

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$278.00

---

**3.14** **Nonpriority creditor's name and mailing address**
East Coast Food Equipment
570 Industrial Dr
Lewisberry, PA 17339

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.15** **Nonpriority creditor's name and mailing address**
Easter's Lock & Security
1713 E Joppa Rd.
Parkville, MD 21234

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$652.24

---

**3.16** **Nonpriority creditor's name and mailing address**
Fast Signs
1 Easter Ct
Suite F
Owings Mills, MD 21117

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$114.38

---

**3.17** **Nonpriority creditor's name and mailing address**
Gable Signs & Graphics
7449 Fort Smallwood Rd
Curtis Bay, MD 21226

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,505.93

---

**3.18** **Nonpriority creditor's name and mailing address**
Harford Refrigeration

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | 17-10066 |
|---|---|---|---|
| | Name | | |

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
|---|---|---|---|
| 3.19 | Jacqueline Danker<br>700 Argyll Road<br>Fayetteville, NC 28303<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $184,475.64 |
| 3.20 | Kitbar Enterprises<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $53,264.82 |
| 3.21 | Kristen Navarre<br>709 Valleybrook Dr<br>Memphis, TN 38120<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $517.63 |
| 3.22 | Northeast Beverage<br>One Coors Dr<br>North East, MD 21901<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $5.50 |
| 3.23 | Rebecca L. Landon, Esq.<br>16036 Bonniebank Terrace<br>Germantown, MD 20874<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,030.00 |
| 3.24 | RJD Solutions, LLC<br>PO Box 711223<br>Herndon, VA 20171<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,869.14 |
| 3.25 | Rosalio Lopez<br>5512 Landover Road<br>Hyattsville, MD 20782<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,320.00 |

| Debtor | Stone's Cove Kitbar of Bel Air, LLC | Case number (if known) | 17-10066 |
|---|---|---|---|
| | Name | | |

### 3.26
**Nonpriority creditor's name and mailing address**
Sentman Distributors
400 Maloney ROad
Elkton, MD 21921

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

### 3.27
**Nonpriority creditor's name and mailing address**
Singer Equipment Co.
150 S Twin Valley Road
Elverson, PA 19520

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

### 3.28
**Nonpriority creditor's name and mailing address**
Snee, Mahoney, Lutche & Helmin
112 S Main St
Bel Air, MD 21014

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$16,847.33

### 3.29
**Nonpriority creditor's name and mailing address**
Sysco
PO Box 1099
Jessup, MD 20794

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,461.78

### 3.30
**Nonpriority creditor's name and mailing address**
The Country Vintner
PO Box 1540
Ashland, VA 23005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 306,488.85 |
| 5c. Total of Parts 1 and 2   Lines 5a + 5b = 5c. | 5c.   $ | 306,488.85 |

# United States Bankruptcy Court
### Eastern District of Virginia

In re   Stone's Cove Kitbar of Bel Air, LLC                                   Case No.   17-10066
                                    Debtor(s)                                 Chapter    7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]
- [ ] Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- [ ] Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- [ ] Schedule A/B - Property
- [ ] Schedule C - The Property You Claim as Exempt
- [ ] Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- [✓] Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  (*$31.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.) **Check applicable statement(s):**
   - [ ] Creditor(s) added      [ ] Creditor(s) deleted
   - [ ] Change in amounts owed or classification of debt
   - [ ] No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
   - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Your Income
- [ ] Schedule J - Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 121 - Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- [ ] Statement of Financial Affairs
- [ ] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- [ ] Attorney's Disclosure of Compensation
- [ ] Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  Allied Eco-Grip, 3013 Bank St., Charlotte, NC 28203.

Date: January 31, 2017

/s/ Gregory H. Counts
Gregory H. Counts VSB#
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:    46771
Mailing Address: Tyler, Bartl, Ramsdell & Counts, PLC
                 300 N. Washington St.
                 Suite 202
                 Alexandria, VA 22314
Telephone No.:   (703) 549-5000

[amendcs ver. 12/15]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  Stone's Cove Kitbar of Bel Air, LLC                               Case No.  17-10066
                                        Debtor(s)                        Chapter   7

**TO:**
Allied Exo-Grip
c/o Ken Neeley
3013 Bank St.
Charlotte, NC 28203

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☑ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Stone's Cove Kitbar of Bel Air, LLC

Date:  January 31, 2017         By  /s/ Gregory H. Counts
                                    Attorney for Debtor [or *Pro Se* Debtor]
                                    State Bar No.:  46771
                                    Address:  Tyler, Bartl, Ramsdell & Counts, PLC
                                              300 N. Washington St.
                                              Suite 202
                                              Alexandria, VA 22314
                                    Telephone No.:  (703) 549-5000

## CERTIFICATION

I certify that on  January 31, 2017  , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Gregory H. Counts
Gregory H. Counts VSB# 46771
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

## United States Bankruptcy Court
### Eastern District of Virginia

In re  Stone's Cove Kitbar of Bel Air, LLC                              Case No.  17-10066
Debtor(s)                                                               Chapter   7

# AMENDED
# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing amendment and that it is true and correct to the best of my information and belief.

Date  January 31, 2017              Signature  /s/ Benjamin J. Stone, III
                                               Benjamin J. Stone, III
                                               Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571